UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LYNDA ANN HAGEN,

   Plaintiff,

    v.

EXPERIAN INFORMATION
SOLUTIONS, INC., et al.,

   Defendants.

Case No. 26-cv-10751

Honorable Robert J. White

**ORDER EXTENDING TIME FOR
DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.
TO ANSWER OR OTHERWISE RESPOND**

Pursuant to the Motion filed by Defendant Experian Information Solutions, Inc. ("Experian"), ECF No. 6, PageID. 47-49, which Plaintiff does not oppose, the Court now finds that the request to allow Experian up to and including May 7, 2026 to answer or otherwise respond to Plaintiff's Complaint should be GRANTED. The Court makes the following Order:  Experian shall have up to and including May 7, 2026 to answer or otherwise respond to Plaintiff's Complaint.

    SO ORDERED.

Dated: March 30, 2026

s/Robert J. White
Robert J. White
United States District Court Judge

1